No. 825. WROE *v*. BASS, COLLECTOR OF INTERNAL REVENUE. May 4, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.

*Mr. John. D. Cofer* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, W. Marvin Smith,* and *Miss Helen R. Carloss,* for respondent.